```
Court Name: US District Court SDO
Division: 1
Receipt Number: 100CIN000499
Cashier ID: hiltze
Transaction Date: 12/17/2007
Payer Name: Thompson Hine
------------------------------------
CIVIL FILING FEE
 For: Thompson Hine
 Case/Party: D-OHS-1-07-CV-001016-001
 Amount:         $350.00
------------------------------------
CHECK
 Remitter: Thompson Hine
 Check/Money Order Num: 063008
 Amt Tendered:   $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

Thompson Hine
1:07cv1016 Complaint

A fee of $45.00 will be assessed on
all returned checks.
```