UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ethicon Endo-Surgery, Inc.,
    Plaintiff,

v.                                 Case No. 1:07cv1016

Crescendo Technologies, LLC, et al.,     Judge Michael R. Barrett
    Defendants.

## Civil Minutes
Jury Trial (Day 2)
before the

**HONORABLE MICHAEL R. Barrett, U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara A. Crum
**LAW CLERK:** Stephanie Bowman
**COURT REPORTER:** Luke Lavin, Maryann Maffia, Mary Ann Ranz, Officials
**DATE:** June 4, 2009       **TIME:** 9:09 am – 4:45 pm = 5:49 p

Attorney for Plaintiff(s):                Attorney for Defendant(s):
  Tom Rein   John Carlson (Co. Rep)      Tom Kraemer   Katie Wahl
  Marc Cavan   Steve Butler              Jean M. Beaupre (Dft)

### WITNESSES

π
- Kevin Houser, cont'd
- Jeffrey Messerly
- Jeffrey Vaitekunas, (via video depo.)

π
- Vance Vandrake, III (via video)
- Vance Vandrake, Jr. (via video)
- Jeffrey Christian – expert (sealed transcript)

### PROCEDURES

- **X** Counsel present
- ___ Jury selected and sworn
- **X** Plaintiff calls witnesses
- ___ Plaintiff rests
- ___ Judge Grants/Denies Rule 50 Motion
- ___ Defendant admits exhibits
- ___ Defendant renews Rule 50 Motion
- ___ Plaintiff's rebuttal
- ___ Jury Charge conference held
- ___ Closing Arguments
- ___ Voir Dire held
- ___ Opening Statements
- ___ Plaintiff admits exhibits
- ___ Defendant moves for Rule 50 Motion
- ___ Defendant calls witnesses
- ___ Defendant rests
- ___ Judge Grants/Denies Rule 50 Motion
- ___ No rebuttal
- ___ Jury charged
- ___ Jury deliberates

Court in recess until   6/5/09 @ 9am  .

Remarks: transcripts in this matter are sealed. π places stipulation re: facts on record