**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | |
|---|---|
| ETHICON ENDO-SURGERY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-1016 |
| | ) |
| CRESCENDO TECHNOLOGIES, LLC, an | ) |
| Ohio limited liability corporation, and JEAN | ) |
| M. BEAUPRE, an individual | ) |
| | ) |
| Defendants | ) |
| | ) |

**ETHICON ENDO-SURGERY, INC.'S**
**BENCH MEMORANDUM REGARDING CFAA**

Pursuant to the Court's request at the June 10, 2009 jury charge conference, Plaintiff

Ethicon Endo-Surgery, Inc. ("EES") respectfully submits this memorandum delineating evidence in

support of its Computer Fraud and Abuse Act ("CFAA") claim.  In the Court's draft jury instructions

circulated on June 9, 2009, and revised June 10, 2009, it appears that the Court resolved EES's

CFAA claim and preliminarily determined that insufficient evidence had been presented during the

course of trial over the past week for the jury to resolve the issue.  As explained further below, EES

submits that sufficient evidence was presented to the jury during the course of this trial to let it

decide whether Mr. Beaupre violated the CFAA.

EES's claim under the CFAA is that Mr. Beaupre exceeded authorized access in

procuring EES CAD files and used them in his work at Crescendo.  The CFAA has been held to

apply to a situation where a former employee and his new company seek a competitive edge through

wrongful use of information from the former employer's computer system. *Pacific Aerospace &*

*Electronics, Inc. v. Taylor*, 295 F. Supp. 2d 1188, 1195 (W.D. Wash. 2003).   And the CFAA covers

1

more than just the losses directly caused by the unauthorized accessing of a computer system. *See id.* at 1197.

Evidence in support of EES's claim was provided during the course of the jury trial by (1) Mr. Jeff Messerly, an EES engineer; (2) Mr. John Carlson, EES's Worldwide V.P. of Engineering; and (3) Mr. Jeff Christian, an expert EES retained. Excerpts of portions of relevant testimony have been reproduced in Exhibit A, and actual transcript page copies are attached as Exhibit B.

In response to the evidence by EES, Defendant Mr. Beaupre offered alternative explanations for the similarities of the CAD files and how the referenced files were created. We believe there is a factual dispute on this issue, which involves the weighing of witness credibility. EES respectfully requests that the jury be permitted to resolve EES's CFAA claim.

June 11, 2009                                      Respectfully Submitted,

                                                  /s/ Stephen J. Butler
                                                  Stephen J. Butler (0010401)
                                                  THOMPSON HINE LLP
                                                  312 Walnut Street, Suite 1400
                                                  Cincinnati, Ohio 45202
                                                  (513) 352-6587 (phone)
                                                  (513) 241-4771 (fax)
                                                  E-mail: steve.butler@thompsonhine.com

                                                  Trial Attorney for Plaintiff
                                                  ETHICON ENDO-SURGERY, INC.

                                                  OF COUNSEL:
                                                  Thomas D. Rein
                                                  Marc A. Cavan
                                                  Thomas Hankinson
                                                  SIDLEY AUSTIN LLP
                                                  One South Dearborn Street
                                                  Chicago, IL 60603
                                                  (312) 853-7000 (phone)
                                                  (312) 853-7036 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2009, a true and correct copy of the foregoing **ETHICON ENDO-SURGERY INC.'S BENCH MEMORANDUM REGARDING CFAA** was served on counsel for Defendants as follows:

**By E-mail:**

Thomas R. Kraemer
Katrina Wahl

FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Tel.: (937) 227-3725
Fax: (937) 227-3717

  /s/ Stephen J. Butler          
One of the Attorneys for Plaintiff
Ethicon Endo-Surgery, Inc.