UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



Ethicon Endo-Surgery, Inc.,

    Plaintiff,

V.

Crescendo Technologies, Inc., *et al.*,

    Defendants.

Case Number:    1:07cv1016
**Termination Date**:   December 17, 2007

Judge Michael R. Barrett

### NOTICE OF ACKNOWLEDGMENT OF RECIPT

    I hereby acknowledge receipt of Plaintiff's Exhibit P1142 and P1145 including a box containing joint and plaintiff exhibits used during trial filed in the above-styled case.

_8-4-16_
DATE

_[signature]_
Counsel/Recipient Signature